State of CALIFORNIA, Acting by and through the CALIFORNIA STATE WATER RESOURCES CONTROL BOARD, Plaintiff–Appellant,

v.

UNITED STATES of America; U.S. Department of Engineers, Defendants–Appellees.

No. 99–15279.

D.C. No. CV–98–00792–WHO.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 10, 2000.

Decided Jan. 9, 2001.

Before GOODWIN, BRUNETTI and THOMAS, Circuit Judges.

MEMORANDUM [1]

Having thoroughly reviewed the briefs, the record and the oral arguments presented by the parties, we affirm the judgment of the district court on the same basis as provided in the district court's well-reasoned opinion dated January 12, 1999.

AFFIRMED

1.  This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.